UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

NORMA TAPIA,

              Plaintiff,

          v.

MAGDALENA ZAMORA, both
individually and in her capacity
as an employee of the Department
of Social and Health Services,

              Defendant.

No. CV-09-5100-EFS

**ORDER GRANTING THE JOINT
MOTION FOR ENTRY OF ORDER OF
DISMISSAL, STRIKING
HEARINGS, AND CLOSING FILE**

On September 11, 2012, the parties filed a Joint Motion for Entry of Order of Dismissal.   ECF No. 227.   Consistent with the parties' settlement agreement and Federal Rule of Civil Procedure 41(a)(1), **IT IS HEREBY ORDERED**:

    1.    All claims are **DISMISSED with prejudice**.

    2.    All pending motions are **DENIED as MOOT**, and hearing dates are **STRICKEN**.

///

///

///

///

//

/

1        3.    This file shall be **CLOSED**.

2        **IT IS SO ORDERED.**  The Clerk's Office is directed to enter this

3    Order and furnish copies to counsel.

4        **DATED** this     11th     day of September 2012.

5

6                           s/ Edward F. Shea
                      EDWARD F. SHEA
7               Senior United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24
    Q:\EFS\Civil\2009\5100.settle.close.file.lc1.frm
25

26

ORDER CLOSING FILE - 2